IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RAYMOND CLAY,

        Plaintiff,

v.                          CIVIL ACTION NO.   2:19-cv-00903

SINGH BARINDER, et al.,

        Defendants.

**ORDER**

The Court observes that the last docket activity in this case was the *Notice of Mediation* (Document 35) filed on January 11, 2021, indicating that mediation was scheduled for February 2, 2021.  Accordingly, the Court **ORDERS** that the parties file a written status report with the Court no later than **April 14, 2021**, confirming that mediation was held and advising as to whether the matter was settled.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:        April 7, 2021

*/s/ Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA