IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

RAYMOND CLAY,

    Plaintiff,

    v.                                    Civil Action No. 2:19-cv-00903

SINGH BARINDER,
CHANDI TRUCKING, INC., and
SILVER CARGO, INC.

    Defendants.

## STIPULATION OF DISMISSAL

AND NOW, comes the parties, Plaintiff Raymond Clay and Defendants Chandi Trucking, Inc. and Silver Cargo Inc., by and through counsel, and represent to the Court that the parties have compromised and settled all claims. Accordingly, Plaintiff stipulates to the dismissal of all claims against the Defendants with prejudice.

                                                           Respectfully submitted,

                                                           **RAYMOND CLAY**

                                                           By:  */s/J. Ryan Stewart*
                                                             J. Ryan Stewart, Esq.
                                                             BAILEY JAVINS & CARTER, LC
                                                             213 Hale Street
                                                             Charleston, WV 25301
                                                             *Counsel for Plaintiff*

                                                             **CHANDI TRUCKING, INC. and**
                                                             **SILVER CARGO, INC.**

                                                           By:  */s/Sharon Z. Hall*
                                                              Sharon Z. Hall, Esquire
                                                             Aaron H. Weiss, Esquire
                                                             ZIMMER KUNZ, PLLC
                                                             243 Three Springs Drive, Suite 14A
                                                             Weirton, WV 26062
                                                             (304) 914-3518
                                                             *Counsel for Defendants*